**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 15, 2026
Docket #: 26-2573
Short Title: Catholic Legal Immigration Network, Inc. v. Rubio

DC Docket #: 1:26-cv-858
DC Court: SDNY (NEW YORK CITY)
DC Judge: Jeannette A. Vargas

**NOTICE OF RECORD ON APPEAL FILED**

In the above referenced case the document indicated below has been filed in the Court.

____ Record on Appeal - Certified List

____ Record on Appeal - CD ROM

____ Record on Appeal - Paper Documents

__X__ Record on Appeal - Electronic Index

____ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8551.