**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Catholic Legal Immigration Network, Inc., African Communities Together, Agnes Kyeremaa, Patricia Richardson, Cesar Andred Aguirre, Maru Mahmud Hassen, Munthaz Mahmud Hassen, Adrian Mitchell, Juan David Buitrago Cagua, Alejandra Alcendra Moscote, Andres Alfonso Medina Ramirez, Fernando Lizcano Losada, and Lina Margarita Angulo Penaranda,<br><br>Plaintiffs,<br><br>v.<br><br>Marco Rubio in his official capacity as Secretary of State and United States Department of State,<br><br>Defendant. | 1:26-cv-00858-JAV<br><br>**NOTICE OF APPEAL** |

Defendants Marco Rubio and United States Department of State appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on August 24, 2026 by the U.S. District Court for the Southern District of New York.

Dated: September 10, 2026

Respectfully Submitted,

JAY CLAYTON
United States Attorney

ALYSSA O'GALLAGHER
Assistant U.S. Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

*/s/ Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5537
Susan.ansari2@usdoj.gov

JULIAN KURZ
Trial Attorney

**CERTIFICATE OF SERVICE**

I, Susan Ansari, hereby certify that on September 10, 2026, I filed the foregoing brief with the Court's electronic filing system, which electronically served this brief on all counsel of record.

*/s/ Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−00858−JAV

Catholic Legal Immigration Network, Inc. et al v. Rubio et al
Assigned to: Judge Jeannette A. Vargas
Cause: 05:551 Administrative Procedure Act

Date Filed: 02/02/2026
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Catholic Legal Immigration Network, Inc.**
*(Clinic)*

represented by

**Antionette Dozier**
3701 Wilshire Blvd. Ste. 208
Los Angeles, CA 90010
213−235−2629
Email: adozier@wclp.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Kane**
Western Center on Law & Poverty
3701 Wilshire Blvd.
Suite 208
Los Angeles, CA 90010
213−235−2623
Fax: 213−487−0242
Email: dkane@wclp.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joy K Dockter**
Western Center on Law and Poverty
3701 Wilshire Blvd., Ste. 208
Ste. 208
Los Angeles, CA 90010
213−487−7211
Email: jdockter@wclp.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Elizabeth Welber**
The Legal Aid Society
199 Water Street
New York, NY 10038
212−577−3320
Fax: 646−616−4018
Email: sewelber@legal−aid.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
Seton Hall Law School Center For Social Justice
833 Mccarter Highway
Newark, NJ 07102
(973)−642−8700
Fax: (973)−642−8295
Email: bazmy@ccrjustice.org
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−448−9090
Email: ccarroll@democracyforward.org
*ATTORNEY TO BE NOTICED*

**David Kim**
Colombo & Hurd, Pl
301 E Pine St #450
Orlando, FL 32801
407−478−1111
Email: dkim@colombohurd.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
National Immigration Law Center
1121 14th Street NW
Suite 200
Washington, DC 20005
956−212−4963
Email: olivares@nilc.org
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
National Immigration Law Center
P.O. Box 34573
Washington, DC 20043
213−279−2508
Email: choo@nilc.org
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
The Legal Aid Society
49 Thomas Street
5th Floor
New York, NY 10013
646−946−0897
Email: elundgren@legal−aid.org
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202−316−9538
Email: ereuveni@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Evan Henley**
The Legal Aid Society
49 Thomas Street
Ste Floor 5
New York, NY 10013
212−298−5233
Email: ewhenley@legal−aid.org
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
The Legal Aid Society
Law Reform Unit
49 Thomas St.
New York, NY 10013
646−745−7166
Fax: 646−616−9232

Email: hhshafiqullah@legal−aid.org
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
Colombo & Hurd
301 E Pine St #450
Orlando, FL 32801
407−478−1111
Email: swilson@colombohurd.com
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
National Immigration Law Center
3450 Wilshire Blvd.
No. 108−62
Los Angeles, CA 90010
510−663−8282
Fax: 213−639−3911
Email: broder@nilc.org
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
National Immigration Law Center
P.O. Box 34573
Washington, DC 20043
213−377−5258
Fax: 213−639−3911
Email: cuevasingram@nilc.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**African Communities Together** represented by

**Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agnes Kyeremaa** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Richardson** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cesar Andred Aguirre** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maru Mahmud Hassen** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Munthaz Mahmud Hassen** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian Mitchell** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan David Buitrago Cagua** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alejandra Alcendra Moscote** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andres Alfonso Medina Ramirez** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fernando Lizcano Losada** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Lina Margarita Angulo Penaranda** represented by **Susan Elizabeth Welber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Baher Azmy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Kim**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Efren Carlos Olivares**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Hope Choo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Lundgren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erez R Reuveni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Henley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hasan Shafiqullah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanya Broder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Elise Cuevas Ingram**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marco Rubio**
*in his official capacity as Secretary of State*

represented by

**Angel Fleming**
DOJ−Civ
Office of Immigration Litigation − DCS
PO Box 868
Ben Franklin Station
Washington, DC 20044
202−598−7431
Email: angel.fleming@usdoj.gov
*TERMINATED: 06/25/2026*

**Julian Michael Kurz**
DOJ−Civ
Office of Immigration Litigation
Ben Franklin Station
P.O. Box 868
Washington, DC 20044
202−598−7283
Email: julian.m.kurz@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Susan Ansari**
DOJ−Civ
P.O. Box 878

Ben Franklin Station
Washington, DC 20044
202−532−5537
Email: susan.ansari2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of State** represented by **Angel Fleming**
(See above for address)
*TERMINATED: 06/25/2026*

**Julian Michael Kurz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Ansari**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2026 | 1 | **FILING ERROR − DEFICIENT PLEADING − FILED AGAINST PARTY ERROR** COMPLAINT against All Defendants. (Filing Fee $ 405.00, Receipt Number ANYSDC−32346968) Document filed by Patricia Richardson, Juan David Buitrago Cagua, Agnes Kyeremaa, Cesar Andred Aguirre, Munthaz Mahmud Hassen, Alejandra Alcendra Moscote, African Communities Together, Fernando Lizcano Losada, Lina Margarita Angulo Penaranda, Maru Mahmud Hassen, Catholic Legal Immigration Network, Inc., Adrian Mitchell, Andres Alfonso Medina Ramirez. (Attachments: # 1 Exhibit DOS Immigrant Visa Processing Updates, # 2 Exhibit U.S. Freezes Visas to 75 Countries, # 3 Exhibit DOS Cable 2025, # 4 Exhibit 01−27−2026 Congressional Letter to Secretaries Rubio & Noem, # 5 Exhibit TRO Sangster v. Rubio).(Cuevas Ingram, Joanna) Modified on 2/3/2026 (sj). (Entered: 02/02/2026) |
| 02/02/2026 | 2 | CIVIL COVER SHEET filed..(Cuevas Ingram, Joanna) (Entered: 02/02/2026) |
| 02/02/2026 | 3 | **FILING ERROR − DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS** REQUEST FOR ISSUANCE OF SUMMONS as to Attorney General of the United States, re: 1 Complaint. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) Modified on 2/3/2026 (sj). (Entered: 02/02/2026) |
| 02/02/2026 | 4 | **FILING ERROR − DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS** REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Civil Process Clerk, United States Attorneys Office, Southern District of New York, re: 1 Complaint. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) Modified on 2/3/2026 (sj). (Entered: 02/02/2026) |
| 02/02/2026 | 5 | NOTICE OF APPEARANCE by Hasan Shafiqullah on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Shafiqullah, Hasan) (Entered: 02/02/2026) |
| 02/02/2026 | 6 | **FILING ERROR − DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS** REQUEST FOR ISSUANCE OF SUMMONS as to Executive Office, Office of the Legal Adviser, U.S. Department of State, re: 1 Complaint. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, |

| | | |
|---|---|---|
| | | Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) Modified on 2/3/2026 (sj). (Entered: 02/02/2026) |
| 02/02/2026 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Secretary of State Marco Rubio, U.S. Department of State, re: 1 Complaint,,. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) (Entered: 02/02/2026) |
| 02/02/2026 | 8 | NOTICE OF APPEARANCE by Evan Henley on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Henley, Evan) (Entered: 02/02/2026) |
| 02/02/2026 | 9 | **FILING ERROR − DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS** REQUEST FOR ISSUANCE OF SUMMONS as to Civil Process Clerk, United States Attorneys Office, Southern District of New York, re: 1 Complaint. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) Modified on 2/3/2026 (sj). (Entered: 02/02/2026) |
| 02/02/2026 | 10 | NOTICE OF APPEARANCE by Susan Elizabeth Welber on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Welber, Susan) (Entered: 02/02/2026) |
| 02/03/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Joanna Elise Cuevas Ingram to RE−FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the All Defendant radio button was selected; the wrong party/parties whom the pleading is against were selected. Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. (sj)** (Entered: 02/03/2026) |
| 02/03/2026 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Joanna Elise Cuevas Ingram. The party information for the following party/parties has been modified: Marco Rubio, U.S. Department of State. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party text was omitted. (sj)** (Entered: 02/03/2026) |
| 02/03/2026 | | *****NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Joanna Elise Cuevas Ingram. The following case opening statistical information was erroneously selected/entered: Jurisdiction code 3 (Federal Question). The following correction(s) have been made to your case entry: the Jurisdiction code has been modified to 2 (U.S. Government Defendant). (sj)** (Entered: 02/03/2026) |
| 02/03/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jeannette A. Vargas. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at |

| | | |
|---|---|---|
| | | https://nysd.uscourts.gov/rules/ecf−related−instructions..(sj) (Entered: 02/03/2026) |
| 02/03/2026 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (sj) (Entered: 02/03/2026) |
| 02/03/2026 | | Case Designated ECF. (sj) (Entered: 02/03/2026) |
| 02/03/2026 | 11 | ELECTRONIC SUMMONS ISSUED as to Marco Rubio, United States Department of State. (sj) (Entered: 02/03/2026) |
| 02/03/2026 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Joanna Elise Cuevas Ingram to RE−FILE Document No. 3 Request for Issuance of Summons, 9 Request for Issuance of Summons, 4 Request for Issuance of Amended Summons, 6 Request for Issuance of Summons. The filing is deficient for the following reason(s): Summonses are only issued to active parties of the case and must be listed in the 'To' field of the PDF. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (sj)** (Entered: 02/03/2026) |
| 02/03/2026 | 12 | COMPLAINT against Marco Rubio, United States Department of State. Document filed by Patricia Richardson, Juan David Buitrago Cagua, Agnes Kyeremaa, Cesar Andred Aguirre, Munthaz Mahmud Hassen, Alejandra Alcendra Moscote, African Communities Together, Fernando Lizcano Losada, Lina Margarita Angulo Penaranda, Maru Mahmud Hassen, Catholic Legal Immigration Network, Inc., Adrian Mitchell, Andres Alfonso Medina Ramirez. (Attachments: # 1 Exhibit DOS Immigrant Visa Processing Updates, # 2 Exhibit U.S. Freezes Visas to 75 Countries, # 3 Exhibit DOS Cable 2025, # 4 Exhibit 01−27−2026 Congressional Letter to Secretaries Rubio & Noem, # 5 Exhibit TRO Sangster v. Rubio).(Cuevas Ingram, Joanna) (Entered: 02/03/2026) |
| 02/03/2026 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to Secretary of State Marco Rubio, re: 12 Complaint,,. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) (Entered: 02/03/2026) |
| 02/03/2026 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to U. S. Department of State, re: 12 Complaint,,. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) (Entered: 02/03/2026) |
| 02/04/2026 | 15 | MOTION for Tanya Broder to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32361353. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Appendix Certificate of Good Standing − California Supreme Court, # 3 Proposed Order Proposed Order − PHV SDNY).(Broder, Tanya) (Entered: 02/04/2026) |
| 02/04/2026 | 16 | MOTION for Efren Carlos Olivares to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32361877. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar |

| | | |
|---|---|---|
| | | Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit AFFIDAVIT − PHV SDNY − Efrn C Olivares, # 2 Appendix Certificate of Good Standing − Texas Supreme Court, # 3 Proposed Order Proposed Order − PHV SDNY).(Olivares, Efren) (Entered: 02/04/2026) |
| 02/04/2026 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Joanna Elise Cuevas Ingram. The party information for the following party/parties has been modified: Catholic Legal Immigration Network, Inc.. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc)** (Entered: 02/04/2026) |
| 02/04/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Tanya Broder to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32361353. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/04/2026) |
| 02/04/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Efren Carlos Olivares to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32361877. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/04/2026) |
| 02/04/2026 | 17 | ELECTRONIC SUMMONS ISSUED as to Marco Rubio..(pc) (Entered: 02/04/2026) |
| 02/04/2026 | 18 | ELECTRONIC SUMMONS ISSUED as to United States Department of State..(pc) (Entered: 02/04/2026) |
| 02/04/2026 | 19 | ORDER FOR ADMISSION PRO HAC VICE granting 15 Motion for Tanya Broder to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/4/2026) (sgz) (Entered: 02/04/2026) |
| 02/04/2026 | 20 | ORDER FOR ADMISSION PRO HAC VICE granting 16 Motion for Efren Olivares to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/4/2026) (sgz) (Entered: 02/04/2026) |
| 02/05/2026 | 21 | NOTICE OF APPEARANCE by Emily Lundgren on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Lundgren, Emily) (Entered: 02/05/2026) |
| 02/06/2026 | 22 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Sarah Stevens Wilson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32378420. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit in support of Motion, # 2 Exhibit Good Standing Letter, # 3 Proposed Order proposed order).(Wilson, Sarah) Modified on 2/9/2026 (bc). (Entered: 02/06/2026) |
| 02/09/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 22 MOTION for Sarah Stevens Wilson** |

| | | |
|---|---|---|
| | | **to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32378420. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Please label your Proposed Order;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 02/09/2026) |
| 02/09/2026 | 23 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Erez Reuveni to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit of Erez Reuveni in Support of Motion for Admission Pro Hac Vice, # 2 Supplement Erez Reuveni Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Reuveni, Erez) Modified on 2/9/2026 (bc). (Entered: 02/09/2026) |
| 02/09/2026 | 24 | MOTION for Sarah Stevens Wilson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit in support of motion, # 2 Exhibit Good Standing Letter, # 3 Proposed Order proposed order).(Wilson, Sarah) (Entered: 02/09/2026) |
| 02/09/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE re: Document No. 23 MOTION for Erez Reuveni to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California, not state bar; the filing fee was not paid;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (bc)** (Entered: 02/09/2026) |
| 02/09/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Sarah Stevens Wilson to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/09/2026) |
| 02/10/2026 | 25 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE granting 24 Motion for Sarah Stevens Wilson to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/10/2026) (sgz) Transmission to Attorney Services/Help Desk. (Entered: 02/10/2026) |
| 02/11/2026 | 26 | MOTION for David Kane to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−32396453. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Catholic Legal Immigration Network, Inc.. (Attachments: # 1 Affidavit ISO Mtn to Appear Pro Hac Vice, # 2 Supplement Certificate of Good Standing, # 3 Proposed Order ISO Mtn to Appear Pro Hac Vice).(Kane, David) (Entered: 02/11/2026) |
| 02/11/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for David Kane to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−32396453. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/11/2026) |

| | | |
|---|---|---|
| 02/11/2026 | 27 | MOTION for Antionette Dozier to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32397200. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Catholic Legal Immigration Network, Inc.. (Attachments: # 1 Affidavit ISO Mtn to Appear Pro Hac Vice, # 2 Supplement Certificate of Good Standing, # 3 Proposed Order ISO Mtn to Appear Pro Hac Vice).(Dozier, Antionette) (Entered: 02/11/2026) |
| 02/11/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Antionette Dozier to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32397200. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/11/2026) |
| 02/11/2026 | 28 | ORDER FOR ADMISSION PRO HAC VICE granting 26 Motion to Appear Pro Hac Vice. The motion of David Kane, for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. (Signed by Judge Jeannette A. Vargas on 2/11/2026) (tg) Transmission to Attorney Services/Help Desk. (Entered: 02/11/2026) |
| 02/11/2026 | 29 | ORDER FOR ADMISSION PRO HAC VICE granting 27 Motion to Appear Pro Hac Vice. The motion of Antionette Dozier, for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. (Signed by Judge Jeannette A. Vargas on 2/11/2026) (tg) Transmission to Attorney Services/Help Desk. (Entered: 02/11/2026) |
| 02/17/2026 | 30 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Counsel for all parties shall appear for an initial pretrial conference with the Court on March 31, 2026, at 11:00am. The conference will be held in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. (Initial Conference set for 3/31/2026 at 11:00 AM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.) (Signed by Judge Jeannette A. Vargas on 2/17/2026) (sgz) (Entered: 02/17/2026) |
| 02/20/2026 | 31 | MOTION for Joy Dockter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32440028. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Catholic Legal Immigration Network, Inc.. (Attachments: # 1 Affidavit ISO Mtn to Appear Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order ISO Mtn to Appear Pro Hac Vice).(Dockter, Joy) (Entered: 02/20/2026) |
| 02/20/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Joy Dockter to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32440028. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/20/2026) |
| 02/20/2026 | 32 | MOTION for Catherine M.A. Carroll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32441239. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Carroll, Catherine) (Entered: 02/20/2026) |
| 02/20/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Catherine M.A. Carroll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32441239. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/20/2026) |
| 02/20/2026 | 33 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for David Kim to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32442248. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, |

| | | |
|---|---|---|
| | | Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Letter of Good Standing, # 3 Proposed Order Proposed Order for Admission Pro Hac Vice).(Kim, David) Modified on 2/24/2026 (rju). (Entered: 02/20/2026) |
| 02/20/2026 | 34 | ORDER FOR ADMISSION PRO HAC VICE granting 31 Motion to Appear Pro Hac Vice. The motion of Joy Dockter, for admission to practice Pro Hac Vice in the above captioned action is granted.. (Signed by Judge Jeannette A. Vargas on 2/20/2026) (jca) (Entered: 02/20/2026) |
| 02/20/2026 | 35 | ORDER FOR ADMISSION PRO HAC VICE granting 32 Motion for Catherine M.A. Carroll to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/20/2026) (tro) Transmission to Attorney Services/Help Desk. (Entered: 02/23/2026) |
| 02/23/2026 | 36 | SUMMONS RETURNED EXECUTED. Marco Rubio served on 2/6/2026, answer due 4/7/2026. Service was made by MAIL. Document filed by Patricia Richardson; Juan David Buitrago Cagua; Agnes Kyeremaa; Cesar Andred Aguirre; Munthaz Mahmud Hassen; Alejandra Alcendra Moscote; African Communities Together; Fernando Lizcano Losada; Lina Margarita Angulo Penaranda; Maru Mahmud Hassen; Catholic Legal Immigration Network, Inc.; Adrian Mitchell; Andres Alfonso Medina Ramirez. (Attachments: # 1 Exhibit Proof of Service to Defendant, Secretary of State Marco Rubio).(Cuevas Ingram, Joanna) Modified on 2/24/2026 (jca). (Entered: 02/23/2026) |
| 02/23/2026 | 37 | SUMMONS RETURNED EXECUTED. United States Department of State served on 2/6/2026, answer due 4/7/2026. Service was made by MAIL. Document filed by Patricia Richardson; Juan David Buitrago Cagua; Agnes Kyeremaa; Cesar Andred Aguirre; Munthaz Mahmud Hassen; Alejandra Alcendra Moscote; African Communities Together; Fernando Lizcano Losada; Lina Margarita Angulo Penaranda; Maru Mahmud Hassen; Catholic Legal Immigration Network, Inc.; Adrian Mitchell; Andres Alfonso Medina Ramirez. (Attachments: # 1 Exhibit Proof of Service to Defendant, U.S. Department of State).(Cuevas Ingram, Joanna) (Entered: 02/23/2026) |
| 02/24/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 33 MOTION for David Kim to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32442248. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois; Affidavit must be signed and notarized;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (rju)** (Entered: 02/24/2026) |
| 03/02/2026 | 38 | MOTION for Erez Reuveni to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Reuveni, Erez) (Entered: 03/02/2026) |
| 03/02/2026 | | Pro Hac Vice Fee Payment: for 38 MOTION for Erez Reuveni to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee $ 200.00, receipt number ANYSDC−32480345..(Reuveni, Erez) (Entered: 03/02/2026) |
| 03/02/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Erez Reuveni to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/02/2026) |
| 03/02/2026 | 39 | ORDER FOR ADMISSION PRO HAC VICE granting 38 Motion for Erez Reuveni to Appear Pro Hac Vice. The motion of Erez Reuveni, for admission to practice pro hac vice in the above−captioned matter, is hereby granted. IT IS HEREBY ORDERED |

| | | |
|---|---|---|
| | | that Mr. Reuveni is admitted to practice pro hac vice in this case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/2/2026) (jjc) Transmission to Attorney Services/Help Desk. (Entered: 03/02/2026) |
| 03/02/2026 | 40 | NOTICE OF APPEARANCE by Erez R Reuveni on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 03/02/2026) |
| 03/03/2026 | 41 | NOTICE OF APPEARANCE by Joy K Dockter on behalf of Catholic Legal Immigration Network, Inc...(Dockter, Joy) (Entered: 03/03/2026) |
| 03/03/2026 | 42 | NOTICE OF APPEARANCE by Antionette Dozier on behalf of Catholic Legal Immigration Network, Inc...(Dozier, Antionette) (Entered: 03/03/2026) |
| 03/03/2026 | 43 | NOTICE OF APPEARANCE by David Kane on behalf of Catholic Legal Immigration Network, Inc...(Kane, David) (Entered: 03/03/2026) |
| 03/04/2026 | 44 | CONSENT LETTER MOTION to Adjourn Conference , *enter a schedule for further proceedings, and to hold in abeyance certain claims and deadlines* addressed to Judge Jeannette A. Vargas from Erez Reuveni dated 03/04/26. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 03/04/2026) |
| 03/05/2026 | 45 | MOTION for David Kim to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32501856. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Kim, David) (Entered: 03/05/2026) |
| 03/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for David Kim to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32501856. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/05/2026) |
| 03/10/2026 | 46 | ORDER FOR ADMISSION PRO HAC VICE granting 45 Motion for David Kim to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 3/10/2026) (sgz) Transmission to Attorney Services/Help Desk. (Entered: 03/10/2026) |
| 03/10/2026 | 47 | MOTION for Summary Judgment . Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. Responses due by 3/26/2026.(Reuveni, Erez) (Entered: 03/10/2026) |
| 03/10/2026 | 48 | DECLARATION of Joanna Elise Cuevas Ingram in Support re: 47 MOTION for Summary Judgment .. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina |

| | | |
|---|---|---|
| | | Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit Y, # 25 Exhibit Z).(Reuveni, Erez) (Entered: 03/10/2026) |
| 03/10/2026 | 49 | MEMORANDUM OF LAW in Support re: 47 MOTION for Summary Judgment . . Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 03/10/2026) |
| 03/11/2026 | 50 | NOTICE OF APPEARANCE by Angel Fleming on behalf of Marco Rubio, United States Department of State..(Fleming, Angel) (Entered: 03/11/2026) |
| 03/11/2026 | 51 | NOTICE OF APPEARANCE by Julian Michael Kurz on behalf of Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 03/11/2026) |
| 03/11/2026 | 52 | MOTION for Summary Judgment *Rule 56 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried*. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 03/11/2026) |
| 03/11/2026 | 53 | RULE 56.1 STATEMENT. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 03/11/2026) |
| 03/16/2026 | 54 | ORDER granting 44 Letter Motion to Adjourn Conference. On March 4, 2026, the parties submitted a consent letter motion for a schedule on further proceedings. ECF No. 44. The parties' requests that the Court hold in abeyance the deadline for Defendants to respond to the complaint and for the submission of the joint letter and proposed Civil Case Management Plan and Scheduling Order is GRANTED. It is hereby ORDERED that the initial pretrial conference previously scheduled for March 31, 2026, is adjourned sine die. It is FURTHER ORDERED that Defendants shall serve the administrative record on Plaintiffs no later than April 10, 2026. It is FURTHER ORDERED that the parties shall submit cross−motions for summary judgment on Counts One and Three, and Count Seven to the extent it challenges what the Complaint describes as a "Blanket Visa Ban", See ECF 12 ("Complaint") P 2. The briefing schedule for this matter shall proceed as follows: Plaintiffs filed a motion for summary judgment on March 10, 2026. Defendants shall file a cross−motion for summary judgment and opposition to Plaintiffs' motion for summary judgment by March 26, 2026. Plaintiffs shall file an opposition to the cross−motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment by April 10, 2026. Defendants shall file a reply in support of their cross−motion for summary judgment by April 24, 2026. The Clerk of Court is directed to terminate ECF No. 44. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 3/16/2026) (ar) (Entered: 03/16/2026) |
| 03/16/2026 | | Set/Reset Deadlines: ( Responses due by 3/26/2026, Replies due by 4/10/2026.), Set/Reset Hearings: (ar) (Entered: 03/16/2026) |
| 03/17/2026 | 55 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by African Communities Together, Catholic Legal Immigration Network, Inc...(Cuevas Ingram, Joanna) (Entered: 03/17/2026) |
| 03/17/2026 | 56 | JOINT LETTER MOTION for Leave to File Excess Pages addressed to Judge Jeannette A. Vargas from Julian M. Kurz dated 3/17/26. Document filed by Marco |

| | | |
|---|---|---|
| | | Rubio, United States Department of State..(Fleming, Angel) (Entered: 03/17/2026) |
| 03/18/2026 | 57 | ORDER denying 56 Letter Motion for Leave to File Excess Pages. Pursuant to Local Civil Rule 7.1(c) and Rule 5.A of this Court's Individual Rules and Practices in Civil Cases, Memoranda of Law are limited by word count and not by page limits. Accordingly, Counsel shall submit a letter−motion requesting an enlargement by word count. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin−Olowu, Tammy) (Entered: 03/18/2026) |
| 03/19/2026 | 58 | LETTER MOTION for Leave to File Excess Pages *(Words)* addressed to Judge Jeannette A. Vargas from Julian Kurz dated 3/19/26. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 03/19/2026) |
| 03/19/2026 | 59 | ORDER granting 58 Letter Motion for Leave to File Excess Pages *(Words)*. The parties' requests for enlargements of the word counts for their respective briefs to 12,000 words is GRANTED. Accordingly, the parties shall submit their filings in compliance with Rule 5.A of this Court's Individual Rules and Practices in Civil Cases. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin−Olowu, Tammy) (Entered: 03/19/2026) |
| 03/26/2026 | 60 | MOTION for Partial Summary Judgment . Document filed by Marco Rubio, United States Department of State. Responses due by 4/10/2026.(Kurz, Julian) (Entered: 03/26/2026) |
| 03/26/2026 | 61 | MEMORANDUM OF LAW in Support re: 60 MOTION for Partial Summary Judgment . *and in Opposition to 47 Plaintiffs' MOTION for Partial Summary Judgment*. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 03/26/2026) |
| 03/26/2026 | 62 | RESPONSE re: 53 Rule 56.1 Statement, . Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 03/26/2026) |
| 04/10/2026 | 63 | NOTICE of Certified Administrative Record. Document filed by Marco Rubio, United States Department of State. (Attachments: # 1 Affidavit Certification, # 2 Supplement Privilege Log).(Kurz, Julian) (Entered: 04/10/2026) |
| 04/10/2026 | 64 | REPLY MEMORANDUM OF LAW in Support re: 47 MOTION for Summary Judgment . *And In Opposition To Defendants Motion For Partial Summary Judgment*. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 04/10/2026) |
| 04/14/2026 | 65 | LETTER MOTION for Leave to File Excess Pages *(Words)* addressed to Judge Jeannette A. Vargas from Julian Kurz dated April 14, 2026. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 04/14/2026) |
| 04/14/2026 | 66 | ORDER granting 65 Letter Motion for Leave to File Excess Pages (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 04/14/2026) |
| 04/24/2026 | 67 | REPLY MEMORANDUM OF LAW in Support re: 60 MOTION for Partial Summary Judgment . . Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 04/24/2026) |
| 05/05/2026 | 68 | NOTICE OF APPEARANCE by Elizabeth Hope Choo on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Choo, Elizabeth) (Entered: 05/05/2026) |
| 05/05/2026 | 69 | LETTER addressed to Judge Jeannette A. Vargas from ALA ABDO AHMED AL−NADHARI re: Urgent Request for Travel Ban Waiver on Humanitarian Grounds − Diversity (DV Lottery). (tg) (Entered: 05/06/2026) |

| | | |
|---|---|---|
| 06/02/2026 | 70 | NOTICE of Supplemental Authority. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Exhibit Ullah v. LaFave Order).(Olivares, Efren) (Entered: 06/02/2026) |
| 06/03/2026 | 71 | LETTER addressed to Judge Jeannette A. Vargas from Counsel for Defendants dated 6/3/2026 re: Response to Plaintiffs' Notice of Supplemental Authority. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 06/03/2026) |
| 06/24/2026 | 72 | NOTICE of Individual Rule 5(F) 60−Day Letter Notice re: 47 MOTION for Summary Judgment ., 49 Memorandum of Law in Support of Motion, 64 Reply Memorandum of Law in Support of Motion,, 62 Response, 48 Declaration in Support of Motion,,, 67 Reply Memorandum of Law in Support of Motion, 53 Rule 56.1 Statement, 61 Memorandum of Law in Support of Motion, 60 MOTION for Partial Summary Judgment .. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Cuevas Ingram, Joanna) (Entered: 06/24/2026) |
| 06/25/2026 | 73 | NOTICE OF APPEARANCE by Susan Ansari on behalf of Marco Rubio, United States Department of State..(Ansari, Susan) (Entered: 06/25/2026) |
| 06/25/2026 | 74 | MOTION for Angel Fleming to Withdraw as Attorney *for Defendants*. Document filed by Marco Rubio, United States Department of State. (Attachments: # 1 Proposed Order proposed order).(Fleming, Angel) (Entered: 06/25/2026) |
| 06/25/2026 | 75 | ORDER granting 74 Motion to Withdraw as Attorney. Attorney Angel Fleming terminated (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) Transmission to Office of the Clerk of Court for processing. (Entered: 06/25/2026) |
| 07/23/2026 | 76 | NOTICE of Filing of Exhibit to DECLARATION (ECF 48) of Joanna Elise Cuevas Ingram in Support re: 47 MOTION for Summary Judgment re: 48 Declaration in Support of Motion,,,. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 07/23/2026) |
| 08/03/2026 | 77 | NOTICE of Supplemental Authority. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Exhibit A − Memorandum Opinion & Order).(Cuevas Ingram, Joanna) (Entered: 08/03/2026) |
| 08/04/2026 | 78 | LETTER addressed to Judge Jeannette A. Vargas from Counsel for Defendants dated August 4, 2026 re: Response to Plaintiffs' Notice of Supplemental Authority Concerning Gomes. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 08/04/2026) |
| 08/13/2026 | 79 | NOTICE of Supplemental Authority. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Exhibit Order on Motions to Dismiss & for Preliminary Injunction).(Cuevas Ingram, Joanna) (Entered: 08/13/2026) |

| | | |
|---|---|---|
| 08/14/2026 | 81 | MOTION for Leave to File an Amicus Curiae Brief addressed to Judge Jeannette A. Vargas from Irina Oslobanu dated 8/14/2026. Document filed by Irina Oslobanu. (jw) (Entered: 08/20/2026) |
| 08/17/2026 | 80 | LETTER addressed to Judge Jeannette A. Vargas from Counsel for Defendants dated August 17, 2026 re: Response to Plaintiffs' Notice of Supplemental Authority Concerning Sayani. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 08/17/2026) |
| 08/20/2026 | 82 | ORDER denying 81 Letter Motion for Leave to File Document. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 08/20/2026) |
| 08/21/2026 | 83 | OPINION AND ORDER re: 47 MOTION for Summary Judgment. filed by Agnes Kyeremaa, Fernando Lizcano Losada, Juan David Buitrago Cagua, African Communities Together, Adrian Mitchell, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Catholic Legal Immigration Network, Inc., Munthaz Mahmud Hassen, Patricia Richardson, Andres Alfonso Medina Ramirez, Maru Mahmud Hassen, Alejandra Alcendra Moscote, 52 MOTION for Summary Judgment Rule 56 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried. filed by Agnes Kyeremaa, Fernando Lizcano Losada, Juan David Buitrago Cagua, African Communities Together, Adrian Mitchell, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Catholic Legal Immigration Network, Inc., Munthaz Mahmud Hassen, Patricia Richardson, Andres Alfonso Medina Ramirez, Maru Mahmud Hassen, Alejandra Alcendra Moscote, 60 MOTION for Partial Summary Judgment. filed by United States Department of State, Marco Rubio.For the foregoing reasons, the parties motions for partial summary judgment are both GRANTED IN PART AND DENIED IN PART.The Court determines that there is no just cause for a delay of entry of judgment with respect to these claims. Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter partial judgment in Plaintiffs favor on Counts One and Seven of the Complaint as set forth herein, and to enter partial judgment in favor of Defendants on Count Three of the Complaint. The motions are otherwise denied.The judgment shall set aside and vacate the Policy categorically suspending the issuance of immigrant visas to applicants from the 75 designated countries as contrary to law and in excess of statutory authority. The judgment shall set aside and vacate any refusal of an immigrant visa that was based solely upon the Policy, and remand those agency actions for further proceedings consistent with this Opinion and Order. The Clerk of Court is further requested to enter a declaratory judgment for Plaintiffs that Defendants, by ordering the suspension of the issuance of immigrant visas to nationals of specified countries, violated 8 U.S.C. § 1201(g), 8 U.S.C. § 1152(a)(1)(A), and 22 C.F.R. § 40.6. Additionally, the Policy exceeded the Secretary of States authority under 8 U.S.C. § 1104(a). By September 11, 2026, the parties shall submit a joint letter to the Court setting forth their proposals as to how to proceed with respect to the remaining claims in the case.The Clerk of Court is directed to terminate ECF Nos. 47, 52, and 60.SO ORDERED. (Signed by Judge Jeannette A. Vargas on 8/21/2026) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/21/2026) |
| 08/24/2026 | 84 | CLERK'S RULE 54(b) JUDGMENT re: 83 Opinion & Order. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated August 21, 2026, the parties' motions for partial summary judgment are both GRANTED IN PART AND DENIED IN PART. The Court determines that there is no just cause for a delay of entry of judgment with respect to these claims. Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, partial judgment is hereby entered in Plaintiffs' favor on Counts One and Seven of the Complaint as set forth in the opinion, and partial judgment is entered in favor of Defendants on Count Three of the Complaint. The motions are otherwise denied. This judgment shall set aside and vacate the Policy categorically suspending the issuance of immigrant visas to applicants from the 75 designated countries as contrary to law and in excess of statutory authority. This judgment shall set aside and vacate any refusal of an immigrant visa that was based solely upon the Policy, and remand those agency actions for further proceedings consistent with the Opinion and Order. It is further Ordered a declaratory judgment is hereby entered for Plaintiffs that Defendants, by ordering the suspension of the issuance of immigrant visas to nationals of specified countries, violated 8 U.S.C. § 1201(g), 8 U.S.C. § 1152(a)(1)(A), and 22 C.F.R. § 40.6. Additionally, the Policy exceeded the Secretary of State's authority under 8 |

| | | |
|---|---|---|
| | | U.S.C. § 1104(a). (Signed by Clerk of Court Tammi M Hellwig on 8/24/2026) (nd) Modified on 8/24/2026 (nd). (Entered: 08/24/2026) |
| 08/26/2026 | 85 | EMERGENCY MOTION to Enforce Judgment re: 83 Memorandum & Opinion,,,,,,,,, 84 Clerk's Judgment,,,,,, . Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Proposed Order Proposed Order).(Reuveni, Erez) (Entered: 08/26/2026) |
| 08/26/2026 | 86 | EMERGENCY MEMORANDUM OF LAW in Support re: 85 EMERGENCY MOTION to Enforce Judgment re: 83 Memorandum & Opinion,,,,,,,,, 84 Clerk's Judgment,,,,,, . . Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 08/26/2026) |
| 08/26/2026 | 87 | ORDER: Defendants' response to Plaintiffs' recently filed emergency motion, ECF No. 85, shall be due by 5:00 pm on Friday, August 28, 2026. The parties shall appear for a conference with the Court on August 31, 2026, at 2:30 p.m., in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,New York, New York 10007. SO ORDERED. (Responses due by 8/28/2026, Status Conference set for 8/31/2026 at 02:30 PM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.) (Signed by Judge Jeannette A. Vargas on 8/26/2026) (jca) (Entered: 08/26/2026) |
| 08/27/2026 | 88 | CONSENT LETTER MOTION for Conference − *Motion to Appear Remotely for August 31 Conference* addressed to Judge Jeannette A. Vargas from Counsel for Defendants dated 8/27/2026. Document filed by Marco Rubio, United States Department of State..(Kurz, Julian) (Entered: 08/27/2026) |
| 08/27/2026 | 89 | ORDER granting 88 Letter Motion for Conference. The conference scheduled for August 31, 2026, at 2:30pm will no longer be in−person, but will instead be held via Microsoft Teams (Link: https://teams.microsoft.com/meet/232024324758450?p=qzpnZy40QEkLS5hWNr; Meeting ID: 232 024 324 758 450; Passcode: ma2968Xd). (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin−Olowu, Tammy) (Entered: 08/27/2026) |
| 08/28/2026 | 90 | RESPONSE to Motion re: 85 EMERGENCY MOTION to Enforce Judgment re: 83 Memorandum & Opinion,,,,,,,,, 84 Clerk's Judgment,,,,,, . . Document filed by Marco Rubio, United States Department of State. (Attachments: # 1 Exhibit − Armstrong Declaration).(Kurz, Julian) (Entered: 08/28/2026) |
| 08/30/2026 | 91 | REPLY MEMORANDUM OF LAW in Support re: 85 EMERGENCY MOTION to Enforce Judgment re: 83 Memorandum & Opinion,,,,,,,,, 84 Clerk's Judgment,,,,,, . . Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson. (Attachments: # 1 Exhibit Emails between counsel, # 2 Exhibit Richardson Declaration, # 3 Exhibit Mitchell Declaration, # 4 Exhibit Aguirre Declaration, # 5 Exhibit Maru Hassen Declaration, # 6 Exhibit Mahmud Hassen Declaration, # 7 Exhibit Wheeler Declaration, # 8 Exhibit Kassa Declaration, # 9 Exhibit Losada Declaration, # 10 Exhibit Ramirez Declaration, # 11 Exhibit Cagua Declaration, # 12 Exhibit Angula Declaration).(Reuveni, Erez) (Entered: 08/30/2026) |
| 08/31/2026 | 92 | REPLY AFFIDAVIT of Agnes Kyeremaa in Support re: 85 EMERGENCY MOTION to Enforce Judgment re: 83 Memorandum & Opinion,,,,,,,,, 84 Clerk's Judgment,,,,,, .. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, |

| | | |
|---|---|---|
| | | Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 08/31/2026) |
| 08/31/2026 | 93 | NOTICE OF APPEARANCE by Baher Azmy on behalf of African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Azmy, Baher) (Entered: 08/31/2026) |
| 08/31/2026 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Status Conference held on 8/31/2026, Motion(s) terminated: 85 EMERGENCY MOTION to Enforce Judgment re: 83 Memorandum & Opinion,,,,,,,,,, 84 Clerk's Judgment. Present were Erez Reuveni, Hasan Shafiqullah, Evan Hendly, Susan Wilson and Joanna Elise Cuevas Ingram for the plaintiff and Julian Kurtz for the defendants. Plaintiffs emergency motion to enforce judgment, ECF No. 84, is GRANTED IN PART AND DENIED IN PART. Defendants are ORDERED to submit a status report as directed during the conference held earlier today by Tuesday, September 8, 2026. (Court Reporter Dana Holland) (nmo) (Entered: 08/31/2026) |
| 09/02/2026 | 94 | TRANSCRIPT of Proceedings re: conference held on 8/31/2026 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Dana Holland, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/23/2026. Redacted Transcript Deadline set for 10/5/2026. Release of Transcript Restriction set for 12/1/2026..(Moya, Goretti) (Entered: 09/02/2026) |
| 09/02/2026 | 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 8/31/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 09/02/2026) |
| 09/08/2026 | 96 | STATUS REPORT. Document filed by Marco Rubio, United States Department of State. (Attachments: # 1 Affidavit of John Armstrong).(Ansari, Susan) (Entered: 09/08/2026) |
| 09/09/2026 | 97 | OPPOSITION BRIEF re: 96 Status Report *Response to Defendants' September 8, 2026 Status Report and Request for Additional Compliance Reporting*. Document filed by African Communities Together, Cesar Andred Aguirre, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua, Catholic Legal Immigration Network, Inc., Maru Mahmud Hassen, Munthaz Mahmud Hassen, Agnes Kyeremaa, Fernando Lizcano Losada, Andres Alfonso Medina Ramirez, Adrian Mitchell, Alejandra Alcendra Moscote, Patricia Richardson..(Reuveni, Erez) (Entered: 09/09/2026) |
| 09/10/2026 | 98 | NOTICE OF APPEAL from 84 Clerk's Judgment,,,,,,. Document filed by Marco Rubio, United States Department of State. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Ansari, Susan) Modified on 9/11/2026 (nd). (Entered: 09/10/2026) |
| 09/11/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 98 Notice of Appeal,..(nd) (Entered: 09/11/2026) |
| 09/11/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 98 Notice of Appeal, filed by United States Department of State, Marco Rubio were transmitted to the U.S. Court of Appeals..(nd) (Entered: 09/11/2026) |
| 09/11/2026 | | Appeal Fee Not Required for 98 Notice of Appeal,. Appeal filed by U.S. Government..(nd) (Entered: 09/11/2026) |