**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand twenty-six,

---

Catholic Legal Immigration Network, Inc., Clinic, African Communities Together, Agnes Kyeremaa, Patricia Richardson, Cesar Andred Aguirre, Maru Mahmud Hassan, Munthaz Mahmud Hassan, Adrian Mitchell, Alejandra Alcendra Moscote, Andres Alfonso Medina Ramirez, Fernando Lizcano Losada, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua,

Plaintiffs - Appellees,

v.

Marco Rubio, in his official capacity as Secretary of State, United States Department of State,

Defendants - Appellants.

---

**ORDER**
Docket No. 26-2573

A notice of appeal was filed on September 10, 2026. The Appellant's Form C due September 24, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 13, 2026, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

