# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Catholic Legal Immigration Network, Inc. v. Rubio _____ Docket No.: 26-2573 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Evan Henley

Firm: The Legal Aid Society

Address: 49 Thomas Street, Floor 5, New York, NY 10013

Telephone: 212-298-5233 _________________________ Fax: 646-616-4198

E-mail: ewhenley@legal-aid.org

**Appearance for:** Plaintiffs-Appelles
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ ______________________)
(name/firm)

☑ Additional counsel (co-counsel with: Erez R. Reuveni, Democracy Forward Foundation, et al. )
(name/firm)

☐ Amicus (in support of: ______________________________)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on admitted on September 19, 2024 OR

☐ I applied for admission on ______________________________.

Signature of Counsel: /s/ Evan Henley

Type or Print Name: Evan Henley