**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-six.

Before: Richard J. Sullivan,
*Circuit Judge.*

---

Catholic Legal Immigration Network, Inc., Clinic, African Communities Together, Agnes Kyeremaa, Patricia Richardson, Cesar Andred Aguirre, Maru Mahmud Hassan, Munthaz Mahmud Hassan, Adrian Mitchell, Alejandra Alcendra Moscote, Andres Alfonso Medina Ramirez, Fernando Lizcano Losada, Lina Margarita Angulo Penaranda, Juan David Buitrago Cagua,

Plaintiffs - Appellees,

v.

Marco Rubio, in his official capacity as Secretary of State, United States Department of State,

Defendants - Appellants.

---

**ORDER**

Docket No. 26-2573

The government moves for a stay of the district court's August 21, 2026 order. IT IS HEREBY ORDERED that, to the extent the government requests a temporary stay pending review by a three-Judge panel, the request is DENIED as to (i) the district court's declaratory judgment and (ii) the district court's judgment vacating the Secretary of State's immigrant visa suspension policy. *See Nat'l Institutes of Health v. Am. Pub. Health Ass'n*, 145 S. Ct. 2658, 2660 (2025) (denying stay application as to district court vacatur of internal agency guidance documents); *id.* at 2661 (Barrett. J., concurring) ("Plaintiffs frequently seek vacatur of internal agency guidance.").

The government's motion for a temporary stay is GRANTED as to the district court's judgment purporting to vacate and remand "any refusal of an immigrant visa that was based solely upon the policy." *See Chen v. Rubio*, 158 F.4th 393, 395–97 (2d Cir. 2025) (discussing the doctrine of consular nonreviewability and its narrow hypothetical exception); *Dep't of State v. Muñoz*, 602 U.S. 899, 907–09 (2024) (same); *see also Am. Pub. Health Ass'n v. Nat'l Institutes of*

CERTIFIED COPY ISSUED ON 10/19/2026

*Health*, 145 F.4th 39, 50 (1st Cir. 2025) ("[A] judicial order vacating an agency rule does not automatically void every decision the agency made pursuant to that rule." (internal quotation marks omitted, original alteration adopted, and emphasis omitted)).

The motion is REFERRED to a three-Judge panel.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court